

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:22-mj-00231 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| MERCEDES BENAVIDES, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of current allegations; prior criminal history; lack of verified background information; unknown residence information; lack of available sureties_

and

1  B. ( X ) The defendant has not met defendant's burden of establishing by clear and
2     convincing evidence that she is not likely to pose a danger to the safety of any other
3     person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is
4     based on: *nature of current allegations; prior criminal history; lack of verified background*
5     *information; unknown residence information; lack of available sureties*

7     IT THEREFORE IS ORDERED that the defendant be detained pending further
8  revocation proceedings.

10 Dated: March 29, 2022

JOHN D. EARLY
United States Magistrate Judge